IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

RESERVOIR CAPITAL CORPORATION  *

    Plaintiff  *

v.  *  Civil Action No:  L96-1063

UNITED SHEET METAL COMPANY, et al.  *

    Defendants  *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## STATUS REPORT THROUGH JUNE 23, 2000

The parties, by their respective undersigned counsel hereby submit this Status Report Through June 23, 2000, in conjunction with the Court's standing Order calling for a status report on the related proceedings in Florida, and state as follows:

1.    In the related Florida litigation, styled as *American Freedom Sheet Metal Company, et al. v. Reservoir Capital Corporation, et al.*, in the 11th Judicial Circuit Court in and for Dade County, Florida, Case No. 96-6542 CA 21, the parties commenced a bench trial of the action on June 5, 2000. After six trial days, the Florida court adjourned the case to a date yet to be determined. The Plaintiffs have not yet closed their case.

2.    Undersigned counsel propose that another status report be filed with

SIGNED THIS 27TH DAY OF June 2000

B. Legg
LEGG, U.S.D.J.

- 2 -

this Court on or before November 30, 2000.

                    Respectfully submitted,

                    _____
                    Gary S. Posner
                    Federal Bar No. 05863
                    Whiteford, Taylor & Preston L.L.P.
                    Seven Saint Paul Street
                    Baltimore, Maryland 21202-1626
                    (410) 347-8700

                    Attorney for Plaintiff,
                    Reservoir Capital Corporation


                    _____
                    D. Stephenson Schwinn
                    Federal Bar No. 05166
                    JORDAN COYNE & SAVITS
                    1100 Connecticut Avenue, NW
                    Suite 600
                    Washington, D.C.  20036
                    (202) 496-2806

- 3 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __26__ day of June, 2000, a copy of the foregoing Status Report was sent via first-class mail, postage prepaid to:

D. Stephenson Schwinn, Esquire
Jordan, Coyne & Savits
1100 Connecticut Avenue, N.W.
Suite 600
Washington, D.C. 20036

_____
Gary S. Posner

*1287034*

# WHITEFORD, TAYLOR & PRESTON
L.L.P.

SEVEN SAINT PAUL STREET
BALTIMORE, MARYLAND 21202-1626

410 347-8700
FAX 410 752-7092
www.wtplaw.com

210 WEST PENNSYLVANIA AVENUE
TOWSON, MARYLAND 21204-4515
TELEPHONE 410 832-2000
FAX 410 832-2015

50 COLUMBIA CORPORATE CENTER
10440 LITTLE PATUXENT PARKWAY
COLUMBIA, MARYLAND 21044
TELEPHONE 410 884-0700
FAX 410 884-0719

1025 CONNECTICUT AVENUE, NW
WASHINGTON, D.C. 20036-5405
TELEPHONE 202 659-6800
FAX 202 331-0573

1317 KING STREET
ALEXANDRIA, VIRGINIA 22314-2928
TELEPHONE 703 836-5742
FAX 703 836-0265

GARY S. POSNER
DIRECT NUMBER
410 347-9406
gposner@wtplaw.com

June 26, 2000

[Stamp: FILED ___ ENTERED ___ LODGED ___ RECEIVED
JUN 27 2000
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND]

Frank L. Monge, Clerk
United States District Court for the
 District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

   Re: Reservoir Capital Corporation v. United Sheet Metal
      Company, et al.
      Civil Action No. L96-1063

Dear Mr. Monge:

  Enclosed please find an original and three copies of a Status Report Through June 23, 2000, to be filed in the above-referenced case. Additionally, I have enclosed an extra copy to be date-stamped and returned to the undersigned in the enclosed self-addressed, stamped envelope provided.

  Should you have any questions, please call me at your convenience.

            Very truly yours,

            Diane M. Wood
            Secretary to Gary S. Posner

DMW:
Enclosure