IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| RESERVOIR CAPITAL CORPORATION | * | |
| Plaintiff | * | |
| v. | * | Civil Action No:   L96-1063 |
| UNITED SHEET METAL COMPANY, et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \*

## STATUS REPORT

The parties, by their respective undersigned counsel, pursuant to the directives of this Court, hereby submit this Status Report of November 30, 2000, and report as follows:

1. In the related Florida litigation, styled as *American Freedom Sheet Metal Company, et al. v. Reservoir Capital Corporation, et al.*, in the 11th Judicial Circuit Court in and for Dade County, Florida, Case No. 96-6542 CA 21, the Court convened a bench trial of the matter on June 5, 2000 and conducted said trial for six trial days. The Plaintiffs therein have not yet rested in that case. The parties await the Florida Court's scheduling

```
The Court thanks Mr. Posner for the Status Report.
Please submit a Status Report on or before April 2,
2001.
        Dated:      December  14  , 2000
```

_____
Benson Everett Legg, USDJ

of the resumption of the trial.

                    Respectfully submitted,

                    _____
                    Gary S. Posner
                    Federal Bar No. 05863
                    Whiteford, Taylor & Preston L.L.P.
                    Seven Saint Paul Street
                    Baltimore, Maryland 21202-1626
                    (410) 347-8700

                    Attorney for Plaintiff,
                    Reservoir Capital Corporation

                    _____
                    D. Stephenson Schwinn
                    Federal Bar No. 05166
                    JORDAN COYNE & SAVITS
                    1100 Connecticut Avenue, NW
                    Suite 600
                    Washington, D.C. 20036
                    (202) 496-2806

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ___ day of December, 2000, a copy of the foregoing Status Report was sent via first-class mail, postage prepaid to:

      D. Stephenson Schwinn, Esquire
      Jordan, Coyne & Savits
      1100 Connecticut Avenue, N.W.
      Suite 600
      Washington, D.C. 20036

                                        _____
                                        Gary S. Posner

*1316689*