UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

April 23, 2001

MEMORANDUM TO COUNSEL RE:   Reservoir Capital Corp. v.
United Sheet Metal Co., et al.
Civil #L-96-1063

Dear Counsel:

    Pursuant to this Court's Order of December 14, 2000, a status report was due on April 2, 2001. To date, no report has been filed. Counsel shall submit the report on or before May 4, 2001.

    Despite the informal nature of this memorandum, it shall constitute an Order of Court and the Clerk is directed to docket it accordingly.

Very truly yours,

Benson Everett Legg

c:   Court File

