IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| RESERVOIR CAPITAL CORPORATION | * | |
| Plaintiff | * | |
| v. | * | Civil Action No:   L96-1063 |
| UNITED SHEET METAL COMPANY, et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \*

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, by their respective undersigned counsel, pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby stipualte that the above-referenced action be and hereby is dismissed with prejudice.

_____
Gary S. Posner
Federal Bar No. 05863
Whiteford, Taylor & Preston L.L.P.
Seven Saint Paul Street
Baltimore, Maryland 21202-1626
(410) 347-8700

Attorneys for Plaintiff

_____
D. Stephenson Schwinn
Federal Bar No. 05166
JORDAN COYNE & SAVITS
1100 Connecticut Ave., NW
Suite 600
Washington, D.C. 20036
(202) 496-2806

Attorneys for Defendants

APPROVED THIS _10TH_ DAY OF _January,_ 2002

_____
BENSON EVERETT LEGG, U.S.D.J.

FILED JAN 11 2002

- 2 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of January 2002, a copy of the foregoing Stipulation of Dismissal With Prejudice was sent via first-class mail, postage prepaid to:

> D. Stephenson Schwinn, Esquire
> Jordan, Coyne & Savits
> 1100 Connecticut Avenue, N.W.
> Suite 600
> Washington, D.C. 20036

*/s/ Gary S. Posner*
Gary S. Posner

1389770